| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | OCT 17 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

 v.

KENDLE RASHEN HAWKINS,

    Defendant - Appellant.

No. 24-7781

D.C. No. 3:21-cr-05213-DGE-1
Western District of Washington, Tacoma

ORDER

The reply brief submitted by Appellant is filed.

Appellant must file 6 copies of the brief in paper format securely bound on the left side with gray front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be addressed to the Clerk's principal office and mailed or transmitted to a delivery service within 7 days of this order. The delivery address is 95 Seventh Street, San Francisco, CA 94103. The U.S. Mail address is P.O. Box 193939, San Francisco, CA 94119-3939.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT